UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Summary Calendar
No. 02-10732
_____

RUTH ISAAC; ACORN,

Plaintiffs-Appellants,

versus

NORWEST MORTGAGE

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
3:00-CV-989-L

_____

January 15, 2003

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light of the briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law by the district court and affirm for essentially the reasons stated in Judge Lindsay's

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conscientious and well-reasoned opinion. Appellants did not demonstrate standing to pursue their claims. **AFFIRMED.**